IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MILEHAM,<br><br>　　　　　　*Plaintiff,*<br><br>v.<br><br>JEREMY CONLEY, *an individual,* NATHAN SWIERKOSZ, *an individual,* and PAUL SMITH, *an individual*<br><br>　　　　　　*Defendants.* | Civil Action No. 2:20-cv-116<br><br>Hon. William S. Stickman IV |

## **PARTIAL JUDGMENT ORDER**

AND NOW, this __20__ day of November 2023, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendants Nathan Swierkosz and Paul Smith and against Plaintiff David Mileham. Defendants Nathan Swierkosz and Paul Smith are terminated as parties to this action.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE