IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MILEHAM,<br><br>     *Plaintiff*,<br><br>v.<br><br>JEREMY CONLEY,<br><br>     *Defendant*. | Civil Action No. 2:20-cv-116<br><br>Hon. William S. Stickman IV |

## **VERDICT FORM**

1) Do you find by a preponderance of the evidence that Defendant Jeremy Conley intentionally committed an act that violated Plaintiff David Mileham's right not to be subjected to excessive force?

  Yes____  No ✓

*Proceed to question 2.*

2) Do you find by a preponderance of the evidence that Defendant Jeremy Conley committed battery against Plaintiff David Mileham?

  Yes____  No ✓

*If you answered "No" to questions 1 and 2, your deliberations are over. Sign the verdict on the last page and notify the courtroom deputy that you have completed your deliberations.*

*If you answered "Yes" to question 1 or 2, or both, proceed to question 3.*

1

3)      If you answered "yes" to either, or both, of questions 1 and 2, did Defendant Jeremy Conley's actions cause injury to Plaintiff David Mileham?

Yes___      No___

*If you answered "Yes" to question 3, proceed to question 4.*

*If you answered "No" to question 3, but you answered "Yes to question 1, proceed to question 5.*

*If you answered "No" to questions 3 and 1, your deliberations are over. Sign the verdict sheet on the last page and notify the courtroom deputy that you have completed your deliberations.*

4)      Please state the amount of damages, if any, that will fairly compensate Plaintiff David Mileham for any injury he actually sustained as a result of Defendant Jeremy Conley's conduct.

$_____

*Proceed to question 6.*

5)      *Respond to question 5 ONLY if you answered "Yes" to question 1 and "No" to question 3.*

Award nominal damages in the amount of $1.00 to Plaintiff David Mileham:

$_____

*Proceed to question 6.*

6) Did Defendant Jeremy Conley act maliciously or wantonly in violating Plaintiff David Mileham's rights?

Yes___   No___

*If you answered "No" to question 6, your deliberations are over. Sign the verdict sheet on the last page and notify the courtroom deputy that you have completed your deliberations. If you answered "Yes" to question 6, proceed to question 7.*

7) Do you award punitive damages against Defendant Jeremy Conley?

Yes___   No___

If yes, in what amount?

$ _____

**You have reached the end of the Verdict Form. Please sign and date this form and alert the courtroom deputy that you have reached a verdict.**

Date: 9/16/24

Foreperson: [signature]

| | |
|---|---|
| Juror #1 | _Sann Monroe_ |
| Juror #2 | _Alex Santella_ |
| Juror #3 | _David Sauer_ |
| Juror #4 | _Gary Kempa_ |
| Juror #5 | _[signature]_ |
| Juror #6 | _[signature]_ |
| Juror #7 | _Christopher Kulifay_ |
| Juror #8 | _[signature]_ |

4