**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID MILEHAM, | Civil Division |
| Plaintiff, | No. 2:20-cv-00116 |
| vs. | Hon. William S. Stickman IV |
| JEREMY CONLEY, an individual, | |
| Defendant. | |

## DEFENDANT JEREMY CONLEY'S MOTION FOR ENTRY OF JUDGMENT

AND NOW, comes Defendant, Jeremy Conley, and moves for entry of judgment in his favor and against Plaintiff, David Mileham, pursuant to Rule 58 of the Federal Rules of Civil Procedure:

1.    On September 16, 2024, the jury returned a verdict answering "No" to the following two questions:

> 1) Do you find by a preponderance of the evidence that Defendant Jeremy Conley intentionally committed an act that violated Plaintiff David Mileham's right not to be subjected to excessive force?
>
> 2) Do you find by a preponderance of the evidence that Defendant Jeremy Conley committed battery against Plaintiff David Mileham?

(ECF 222).

2.    Under Rule 58 of the Federal Rules of Civil Procedure, when the jury returns a special verdict or a general verdict with answers to written questions, the Court's approval is required to enter judgment.  Fed. R. Civ. P. 58(b)(2).

3.    Every judgment must be set out in a separate document, with some exceptions.  Fed. R.C iv. P. 58(a).

4.    Defendant, Jeremey Conley, now moves for entry of judgment in his favor, and

against Plaintiff David Mileham, consistent with the jury verdict.

WHEREFORE, Defendant respectfully requests that this Court enter judgment in his favor

and against Plaintiff.


                                            Respectfully submitted,
                                            ROBB LEONARD MULVIHILL LLP

Dated:____9/19/2024____                     By: */s/ William C. Robinson, III*
                                            Dennis St. J. Mulvihill, Esquire
                                            PA ID # 16411
                                            William C. Robinson, Esquire
                                            PA ID # 327457
                                            BNY Mellon Center
                                            500 Grant Street, Suite 2300
                                            Pittsburgh, PA 15219
                                            P: (412) 281-5431
                                            F: (412) 281-3711
                                            dmulvihill@rlmlawfirm.com
                                            wrobinson@rlmlawfirm.com