AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of PA

| | |
|---|---|
| David Mileham <br> *Plaintiff* <br> v. <br> Jeremy Conley <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:20-cv-116 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ **other:** Verdict in favor of Defendant Jeremy Conley.

This action was *(check one)*:

☒ **tried by a jury with Judge** William S. Stickman IV **presiding, and the jury has rendered a verdict.**

☐ **tried by Judge** _____ **without a jury and the above decision was reached.**

☐ **decided by Judge** _____ **on a motion for** _____

Date: 9-20-24

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*